

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00019-CV

**CAROLYN NORTHCUTT, AS PERSONAL REPRESENTATIVE OF ESTATE OF JAMES H. BELL,**

          **Appellant**

 **v.**

**CITY OF HEARNE AND RITA L. EWING,**

          **Appellees**

### From the 82nd District Court
### Robertson County, Texas
### Trial Court No. 12-03-19048-CV

## MEMORANDUM OPINION

Carolyn Northcutt, as personal representative of the Estate of James H. Bell seeks to appeal from the trial court's order granting the City of Hearne's plea to the jurisdiction signed on December 13, 2012. The Clerk of this Court notified Northcutt by letter dated January 28, 2013 that this appeal was subject to dismissal because it appeared the notice of appeal was untimely. The permitted appeal of an interlocutory order is an accelerated appeal. TEX. R. APP. P. 28.1(a). Thus, the notice of appeal in this

proceeding was due January 2, 2013.  *See id*. 26.1(b).  It was not filed until January 14, 2013.  A motion for new trial does not extend the time to perfect an accelerated appeal. *Id*. 28.1(b).  The Clerk also warned Northcutt that the Court would dismiss the appeal unless, within 21 days from the date of the letter, a response was filed showing grounds for continuing the appeal.  No response has been filed.

This appeal is dismissed.  TEX. R. APP. P. 42.3(a).

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing.  TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (amended Aug. 28, 2007, eff. Sept. 1, 2007).  *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. §§ 51.207(b); 51.208 (West Supp. 2012); § 51.941(a) (West 2005).  Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case.  TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed February 28, 2013
[CV06]